

FID: 51–FN–002936–2012
(Philadelphia)

Affirmed

IN the INTEREST OF: C.B.R., a Minor

2492 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

CP–51–AP–0000908–2015
CP–51–DP–0001978–2012
FID: 51–FN–002936–2012
(Philadelphia)

Affirmed

COM.

v.

STOKES, J.

3094 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

CP–51–CR–0000720–2011
(Philadelphia)

Affirmed

IN the INTEREST OF: C.D.R., a Minor

2493 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

CP–51–AP–0000909–2015
CP–51–DP–0001977–2012
FID: 51–FN–002936–2012
(Philadelphia)

Affirmed

COM.

v.

SCOTT, K.

470 MDA 2016

Superior Court of Pennsylvania.

04/24/2017

CP–35–CR–0000854–2008
(Lackawanna)

Affirmed

IN the INTEREST OF: C.C.R., a Minor

2494 EDA 2016

Superior Court of Pennsylvania.

04/24/2017

CP–51–AP–0000910–2015
CP–51–DP–0002014–2013